UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
CIT BANK, N.A.,

                                Plaintiff,

       -against-

JI YOUN MIN, et al.,

                                Defendant.
-------------------------------------------------------x

No. 14 CV 6793-LTS-GWG

## ORDER

The parties are hereby directed to file a joint status report by **March 8, 2021.**

SO ORDERED.

Dated: New York, New York
         February 23, 2021

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge